Andrew C. Schwartz (State Bar No. 64578)
Adam Carlson (State Bar No. 257795)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. CARRICO, and NICOLE R. SALAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>YOONHWA PARK, SAMSUNG INTERNATIONAL, INC., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS NORTH AMERICA, INC. and Does 1 – 40,<br><br>    Defendants. | CASE NO.  4:15-CV-02087 DMR<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION** |

WHEREAS, pursuant to Document 27 – ORDER REFERRING CASE TO MEDIATION, mediation was to be completed within 90 days of the assignment of this case to a specific mediator;

WHEREAS, on October 7, 2015 and pursuant to Document 29 – NOTICE OF APPOINTMENT OF MEDIATOR, this matter was assigned to the Hon. Wayne D. Brazil (Ret.) for purposes of mediation;

WHEREAS, the parties had a telephone conference with assigned mediator Hon. Wayne D. Brazil (Ret.) and have discussed all issues that will ensure a meaningful mediation;

WHEREAS, in light of the parties' discovery plan, the parties wish to mediate after

January 7, 2016, the date set to complete mediation;

WHEREAS, the parties wish to extend the mediation completion deadline to allow for discovery to be completed;

The parties hereby agree that the deadline to complete mediation be extended to January 22, 2016. No other dates in the Case Management and Pretrial Order will be affected by this Stipulation.

IT IS SO STIPULATED.

DATED: November 9, 2015          Respectfully submitted,

    /s/ Adam Carlson
Andrew C. Schwartz
Adam Carlson
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs JEFFREY A. CARRICO and NICOLE R. SALAS

DATED: November 9, 2015          Respectfully submitted,

    /s/ Luis v. Garcia
Eric C. Kastner
Luis v. Garcia
Kastner Kim LLP
Attorneys for Defendant
SAMSUNG ELECTRONICS CO., LTD..

Based on the above Stipulation, the Court hereby orders that the deadline to complete mediation be extended to January 22, 2016.

IT IS SO ORDERED.

Dated: November 10, 2015

Hon. Donna Ryu
United States District Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

Carrico v. Park, et al., 4:15-CV-02087 DMR
Stipulation and ~~Proposed~~ Order for Extension of Time to Complete Mediation

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

2