UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A CARRICO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Case No.  15-cv-02087-DMR<br><br>**REQUEST FOR RESPONSE** |

Plaintiffs filed a motion for court-directed service of complaint and summons on counsel for Defendant Yoonwha Park [Docket No. 41] on March 30, 2016.  Defendant Yoonwha Park has not yet made an appearance in this case.  Defendant Park is an employee of Defendant Samsung Electronics Co., Ltd. ("SEC").  Plaintiffs state that Defendant SEC declined to accept service on behalf of Defendant Yoonwha Park. Mot. at 4.  In the parties' joint case management statement [Docket No. 35], Defendant SEC appeared to object to Plaintiffs' request for court-directed service of the complaint and summons on counsel for Defendant Park.  *Id.* at 3.  Defendant SEC, however, has filed no opposition or statement of nonopposition to Plaintiffs' motion.  Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiffs' motion was due on April 13, 2016, but no such opposition has been received.

The court hereby orders that Defendant SEC file a statement indicating whether it opposes Plaintiffs' motion for court-directed service of the complaint and summons on counsel for Defendant Yoonwha Park or to alternatively file a statement of nonopposition consistent with Civil Local Rule 7-3(b).  Defendant SEC is ordered to file such a response by April 25, 2016.  This order to show cause does not constitute permission to file a late opposition.

Pursuant to Civil Local Rule 7-3(c), Plaintiffs' deadline to file a reply is April 20, 2016.  If Plaintiffs wish to file a response, limited to issues raised in Defendant SEC's statement, they may

do so by April 28, 2016.

**IT IS SO ORDERED.**

Dated: April 20, 2016

Donna M. Ryu
United States Magistrate Judge